**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CRYSTAL ETIENNE,

    Plaintiff,

v.                                            Case No: 6:16-cv-1251-Orl-40DCI

THE DEVEREUX FOUNDATION, INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court on the Parties' Joint Motion and Memorandum of Law for Approval of Settlement Agreement (Doc. 45) filed on July 26, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 8, 2017 (Doc. 46), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Parties' Joint Motion and Memorandum of Law for Approval of Settlement Agreement (Doc. 45) is **GRANTED**.

3. The first sentence of the Agreement's "Non-Disparagement" provision (Doc. 45-1 at 3) is **STRICKEN**.

4. The remainder of the Agreement (Doc. 45-1) is found to be a fair and reasonable settlement of Plaintiff's FLSA claim.

5. The case is **DISMISSED with prejudice**.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on August 23, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties